[No. 50480-1-I. Division One. March 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL GENE DULL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-00459-4, Charles S. French, J., entered May 6, 2002. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker, C.J., and Kennedy, J.

[No. 50635-8-I. Division One. March 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN GORDON, *Appellant*.

Appeal from judgments of the Superior Court for Whatcom County, No. 01-1-00341-3, Michael F. Moynihan, J., entered June 6 and 20, 2002. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Becker, C.J., and Grosse, J.

[No. 50870-9-I. Division One. March 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES EDWARD VORISE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-01395-0, Dean Scott Lum, J., entered July 15, 2002. *Dismissed* by unpublished per curiam opinion.

[No. 50970-5-I. Division One. March 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS D. GIESELMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-00796-8, Joseph A. Thibodeau, J., entered July 22, 2002. *Affirmed* by unpublished per curiam opinion.